# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>SHANE GRANT,<br><br>　　　　　　　Defendant. | NO. CR10-47-MJP<br><br>DETENTION ORDER |

<u>Offenses charged</u>:

　　　Counts 1-6:　　Bank Fraud, in violation of 18 U.S.C. § 1344 and §2

　　　Counts 7-8:　　Aggravated Identity Theft, in violation of 18 U.S.C. § 1028A

　　　Count 9:　　Possession of Stolen Mail, in violation of 18 U.S.C. § 1708 and § 2

<u>Date of Detention Hearing</u>:　March 8, 2010

　　　The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds:

<u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

　　　1.　　Defendant has on-going mental health issues.

　　　2.　　Defendant has on-going substance abuse issues, although he did recently undergo an intensive 40-day inpatient treatment plan.

3. Defendant has a substantial number of failures to appear on his criminal record. In addition, he has a substantial number of violations of court orders, reflecting an unwillingness or inability to comply with supervision.

4. Defendant has been charged with several domestic violence charges and violations of no-contact orders.

5. Defendant poses a substantial economic danger to the community in light of his repeated record of financial crimes.

6. Defendant is associated with two social security numbers.

7. Although the weight of the evidence is the least important factor in reaching detention decisions, it cannot be ignored. The weight is strong as the AUSA has proffered Defendant was captured on videotape.

8. There appear to be no conditions or combination of conditions other than detention that will reasonably assure the appearance of defendant as required or ensure the safety of the community.

IT IS THEREFORE ORDERED:

(1) Defendant shall be detained and shall be committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 8th day of March, 2010.

*James P. Donohue*
JAMES P. DONOHUE
United States Magistrate Judge