Judge Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | NO.   CR10-47MJP |
| | ) | |
| v. | ) | ORDER ON |
| | ) | PROTECTIVE ORDER |
| SARAH TUCKER, | ) | |
| SHANE GRANT, and | ) | |
| LINDSEY HARRIS | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

This matter comes before the Court on the United States and the defendant Shane Grant's stipulated Motion for Entry of a Protective Order, and the Court, having considered the Motion and being fully advised in this matter hereby enters the following Protective Order:

The personal information related to any victims or witnesses, and any document containing personal information related to any victims or witnesses, provided by the government in discovery, is deemed Protected Material.  As used in this Order, the term "personal information" refers to each victim's or witness' date of birth, Social Security number, driver's license number, banking account numbers or other financial information, address, telephone number, employment information, and medical information.

Possession of Protected Material is limited to attorneys of record in the above-captioned case and members of the defense team assigned to assist with the representation of defendant.  The attorneys of record and members of the defense team may not provide

ORDER ON PROTECTIVE ORDER/TUCKER, et al. — 1
CR10-47MJP

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

1 copies of the Protected material to any other person, including any defendant in this case.

2 The Order does not prohibit defense counsel or members of the defense team from reviewing or discussing the contents of documents containing personal information with the defendants and prospective witnesses during in-person meetings, and providing copies of documents in which Protected Material is redacted, as long as the defendants or prospective witnesses do not retain any un-redacted documents.  Counsel and counsel's employees shall keep any Protected Material secured whenever the Protected Material is not being used in furtherance of their work in the above captioned case and destroy such Protected Material at the conclusion of the case.

This Order may be modified if circumstances warrant and upon Order of the Court.

Violation of this Protective Order shall subject the violator to contempt of Court, or any monetary or other sanctions deemed appropriate by the Court.

DATED this 9th day of March, 2010.

*[signature]*
Marsha J. Pechman
United States District Judge

Presented by:

 /s/ Matthew D. Diggs
MATTHEW D. DIGGS
Assistant United States Attorney

 /s/ Peter Camiel*                          * Pursuant to Telephonic Authorization
PETER CAMIEL
Attorney for Defendant Grant

ORDER ON PROTECTIVE ORDER/TUCKER, et al. — 2
CR10-47MJP