Judge Marsha J. Pechman

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | Cause No. CR10-0047MJP |
| v. | ) | |
| SHANE GRANT, | ) | **Order Granting Motion to Continue Pretrial Motions Due Date** |
| Defendant. | ) | |

This matter having come on before the undersigned Judge on Defendant's Motion to Continue Pretrial Motions Due Date and the Court having considered the request and all other matters of record and being fully advised in the premises,

The Court hereby finds that the ends of justice will be served by granting the requested continuance,

NOW, THEREFORE, IT IS HEREBY ORDERED THAT the motion to continue the Pretrial motions due date is granted and the new due date shall be April 8, 2010.

**Order Continuing  Pre-Trial Motions Due Date - 1**
(PROPOSED)

*Mair & Camiel, P.S.*
710 Cherry Street
Seattle, Washington  98104
(206) 624-1551  Fax:  623-5951

1  DATED this 18th day of March, 2010.

*[signature]*

Marsha J. Pechman

United States District Judge

Presented by:

Peter A. Camiel, WSBA #12596

Attorney for Shane Grant

**Order Continuing Pre-Trial Motions Due Date - 2**
(PROPOSED)

*Mair & Camiel, P.S.*
710 Cherry Street
Seattle, Washington 98104
(206) 624-1551  Fax: 623-5951