HONORABLE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>SHANE GRANT,<br>Defendant. | Cause No. CR 10-47 MJP<br>**ORDER GRANTING EARLY TERMINATION OF SUPERVISED RELEASE** |

This matter having come before the Court on Motion of the Defendant above-named and good cause appearing therefore;

IT IS HEREBY ORDERED that the Defendant's request for early termination of his supervised release is granted and he is released from all further requirements and responsibilities with request to his supervised release.

//

//

//

//

//

ORDER GRANTING EARLY TERMINATION OF SUPERVISED RELEASE - 1

C:\Users\Sarah\Desktop\Early Termination Order.doc

*Gilbert H. Levy*
Attorney at Law
2125 Western Avenue, Ste 330
Seattle, Washington 98121
(206) 443-0670 Fax: (866) 471-6818

DATED THIS 6th day of July, 2018

U.S. DISTRICT COURT JUDGE

Presented by:

/s/Gilbert H. Levy
Gilbert H. Levy, WSBA 4805
Attorney for Defendant

ORDER GRANTING EARLY TERMINATION OF SUPERVISED RELEASE - 2

*Gilbert H. Levy*
Attorney at Law
2125 Western Avenue, Ste 330
Seattle, Washington 98121
(206) 443-0670 Fax: (866) 471-6818

C:\Users\Sarah\Desktop\Early Termination Order.doc